UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and LOOP CAPITAL MARKETS LLC,<br><br>        Defendants. | No.: 3:19-cv-00962<br><br>CLASS ACTION |

| | |
|---|---|
| BARRY GINSBERG, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, ALEXANDER FENKELL, J.P. MORGAN SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, and CAMELOT VENTURE GROUP,<br><br>      Defendants. | No.: 3:19-cv-01040 |

| | |
|---|---|
| RICHARD ANDRE, Individually and On Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>     v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and LOOP CAPITAL MARKETS LLC,<br><br>                            Defendants. | No.: 3:19-cv-01057 |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF THE SMILEDIRECTCLUB INVESTOR GROUP TO: (1) CONSOLIDATE ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

3

Case 3:19-cv-01040   Document 51-1   Filed 12/02/19   Page 3 of 5 PageID #: 187

I, Jeremy A. Lieberman, hereby declare under penalty of perjury:

1. I am a Partner of Pomerantz LLP ("Pomerantz"), counsel for Movants Thomas R. Derus and Wei Wei (collectively, the "SmileDirectClub Investor Group" or "Movant") and have personal knowledge of the facts set forth herein. I make this Declaration in support of the SmileDirectClub Investor Group's motion for consolidation of the above-captioned actions (the "Related Actions"), appointment as Lead Plaintiff, and approval of Lead Plaintiff's selections of Pomerantz and The Rosen Law Firm, P.A. ("Rosen") as Co-Lead Counsel, and Holifield Janich & Ferrera, PLLC ("Holifield") as Liaison Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the PSLRA early notice disseminated on a national financial wire service announcing the pendency of the first of the Related Actions to be filed.

3. Attached hereto collectively as Exhibit B are true and correct copies of shareholder certifications executed by the members of the SmileDirectClub Investor Group.

4. Attached hereto as Exhibit C is a true and correct copy of the SmileDirectClub Investor Group's loss chart.

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Pomerantz.

6. Attached hereto as Exhibit E is a true and correct copy of the firm resume of Rosen.

7. Attached hereto as Exhibit F is a true and correct copy of the firm resume of Holifield.

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

New York, New York

Executed: December 2, 2019         */s/ Jeremy A. Lieberman*
                                             Jeremy A. Lieberman

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing has been served electronically upon all parties and/or counsel listed through the Court's ECF system on this December 2, 2019.

                                       **HOLIFIELD JANICH & FERRERA, PLLC**

                                       */s/ Al Holifield*
                                       Al Holifield